

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-15-00433-CV

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & POST OAK CLEAN GREEN, INC.**,
Appellant

v.

**GUADALUPE COUNTY GROUNDWATER CONSERVATION DISTRICT**,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0863-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

The panel has considered the appellee's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court